IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE MGP INGREDIENTS, INC. SECURITIES LITIGATION | Master File No. 2:20-cv-2090-DDC-JPO<br><br>**CONSOLIDATED AMENDED COMPLAINT**<br><br><u>CLASS ACTION</u><br><br>DEMAND FOR JURY TRIAL<br><br>Hon. Daniel D. Crabtree<br>Hon. James P. O'Hara |

### NOTICE OF DISMISSAL AS TO PLAINTIFF STEPHEN CORBEZZOLO

Pursuant to the Court's August 3, 2020 Order (ECF No. 29) granting the withdrawal of counsel for plaintiff Stephen Corbezzolo, the parties, through their undersigned counsel, confirm that Corbezzolo, who is not a named plaintiff in the operative Consolidated Amended Complaint, filed on July 22, 2020 (ECF No. 28), is dismissed as a plaintiff, without prejudice.

Respectfully submitted,

  *s/ Ryan K. Meyer*
Ryan K. Meyer, KS State Reg. # 24340
David G. Seely, KS State Reg. #11397
FLEESON, GOOING, COULSON & KITCH L.L.C
1900 Epic Center, 301 N. Main
Wichita, Kansas 67202
Tel: (316) 267-7361
Fax: (316) 267-1754
rmeyer@fleeson.com
dseely@fleeson.com

James A. Harrod (admitted *pro hac vice*)
Kate Aufses (admitted *pro hac vice*)
Amanda Boitano (admitted *pro hac vice*)
BERNSTEIN LITOWITZ BERGER &
    GROSSMANN LLP
1251 Avenue of the Americas, 44th Fl.
New York, NY 10020
(212) 554-1400
Jim.Harrod@blbglaw.com
Kate.Aufses@blbglaw.com
Amanda.Boitano@blbglaw.com

*Counsel for Lead Plaintiff*

Dated: August 17, 2020

  *s/ Joshua K. Rabinowitz*
Joshua Z. Rabinovitz
KIRKLAND & ELLIS LLP
300 N. LaSalle
Chicago, IL 60654
(312) 862-2000
Joshua.Rabinovitz@kirkland.com

J. Emmett Logan, KS# 10699
STINSON LLP
1201 Walnut Street, Suite 2900
Kansas City, MO 64106
(816) 691-2649
(816) 412-9733 (fax)
emmett.logan@stinson.com

*Counsel for Defendants*

2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 17, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all counsel of record.  I have also caused a copy of this Notice to be served on Stephen Corbezzolo by First Class Mail at the address below.

/s/ Ryan K. Meyer
Attorney for Lead Plaintiff


Stephen Corbezzolo
614 N. 4th St.
Atchison, Kansas 66002