# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE MGP INGREDIENTS, INC. SECURITIES LITIGATION. | ) ) ) ) ) ) ) Case No. 20-cv-02090<br><br>Hon. Daniel D. Crabtree |

## MOTION FOR JUDICIAL NOTICE

Pursuant to Federal Rule of Evidence 201(b), Defendants respectfully request that the Court take judicial notice of Exhibits 1 through 15, which are attached to the Declaration of J. Emmett Logan, filed herewith. In accordance with Local Rule 7.1(a), Defendants are submitting a separate memorandum in support of this request.

Dated: September 8, 2020

Respectfully submitted,

*/s/ J. Emmett Logan*
J. Emmett Logan
STINSON LLP
1201 Walnut Street, Suite 2900
Kansas City, MO 64106
(816) 691-2745
Emmett.Logan@stinson.com

Joshua Z. Rabinovitz
KIRKLAND & ELLIS LLP
300 N. LaSalle Street
Chicago, IL 60654
(312) 862-2000
Joshua.Rabinovitz@kirkland.com

*Counsel for Defendants*

1

**CERTIFICATE OF SERVICE**

      On September 8, 2020 I caused the foregoing document to be filed with the Clerk of the Court by using the Court's CM/ECF System, which sent notice to all counsel of record.

                                          /s/ J. Emmett Logan
                                          *Attorney for Defendants*