## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

|  |  |
|---|---|
| | ) |
| | ) |
| | ) |
| IN RE MGP INGREDIENTS, INC. | )   Case No. 20-cv-02090 |
| SECURITIES LITIGATION. | ) |
| | )   Hon. Daniel D. Crabtree |
| | ) |
| | ) |

## MEMORANDUM IN SUPPORT OF DEFENDANTS'
## MOTION FOR JUDICIAL NOTICE

Defendants file this memorandum in support of their motion for judicial notice of documents submitted under the Declaration of J. Emmett Logan.

### Legal Standard

Under Federal Rule of Evidence 201, "[a] federal court may take judicial notice of a 'fact that is not subject to reasonable dispute because it (1) is generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot be reasonable questioned.'" *Hastey v. Welch*, No. 19-2266, 2020 WL 1503494, *2 (D. Kan. Mar. 30, 2020) (quoting Fed. R. Evid. 201(b)). "The court must take judicial notice if a party requests it and supplies the court with the necessary information." *Id.* (quoting Fed. R. Evid. 201(c)(2)). "When ruling on a motion to dismiss, a court may consider facts subject to judicial notice without converting the motion to dismiss into a motion for summary judgment." *Id.*; *see also Smallen v. The Western Union Co.*, 950 F.3d 1297, 1305 & n.4 (10th Cir. 2020).

### Argument

The documents attached to the Declaration of J. Emmett Logan are appropriate subjects for judicial notice. Accordingly, this Court should consider them in adjudicating the motion to dismiss.

1

## I.      MGP SEC Filings.

Exhibits 1-10 and 14-15 are MGP Ingredients' SEC filings.  Because these documents are SEC filings, they are "matters of public record not subject to reasonable dispute."  *Hastey*, 2020 WL 1503494 at *3 (collecting cases); *Smallen*, 950 F.3d at 1305 n.4 (taking judicial notice of SEC filings).

## II.     Conference Call Transcripts.

Exhibits 11 and 12 are transcripts of MGP conference calls.  Because these documents are matters of public record not subject to reasonable dispute, they are properly subject to judicial notice.  *Hastey*, 2020 WL 1503494 at *3.  They are also quoted in the complaint.  (Compl. ¶¶ 164, 201)

## III.    Analyst/Investor Presentation.

Exhibit 13 is an MGP presentation from an Analyst/Investor Day on June 7, 2018, found on MGP's public website.  Because the presentation is "a matter of public record available on [the corporation's] website," the Court make take judicial notice of it.  *Hastey*, 2020 WL 1503494 at *3.

## **Conclusion**

For the foregoing reasons, Defendants respectfully request that the Court take judicial notice of Exhibits 1 through 15 to the Declaration of J. Emmett Logan.

Dated: September 8, 2020                                                     Respectfully submitted,


                                                             */s/ J. Emmett Logan*
                                                             J. Emmett Logan
                                                             STINSON LLP
                                                             1201 Walnut Street, Suite 2900
                                                             Kansas City, MO 64106
                                                             (816) 691-2745
                                                             Emmett.Logan@stinson.com

                                                             Joshua Z. Rabinovitz
                                                             KIRKLAND & ELLIS LLP
                                                             300 N. LaSalle Street
                                                             Chicago, IL 60654
                                                             (312) 862-2000
                                                             Joshua.Rabinovitz@kirkland.com

                                                             *Counsel for Defendants*

3

## CERTIFICATE OF SERVICE

On September 8, 2020 I caused the foregoing document to be filed with the Clerk of the Court by using the Court's CM/ECF System, which sent notice to all counsel of record.


/s/ J. Emmett Logan
*Attorney for Defendants*

4