**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

|  |  |
|---|---|
| IN RE MGP INGREDIENTS, INC. SECURITIES LITIGATION. | ) ) ) ) ) ) ) ) |

Case No. 20-cv-02090

Hon. Daniel D. Crabtree

**DECLARATION OF J. EMMETT LOGAN IN SUPPORT OF MOTION TO DISMISS**

I, J. Emmett Logan, hereby declare as follows:

1. I am a member of the bar of this Court, and am a partner at Stinson LLP. I have personal knowledge of the facts presented herein and, if called upon, could testify competently regarding such facts.

2. Attached hereto are true and accurate copies of the following:

- Exhibit 1: MGP Ingredients 2017 SEC Form 10-K

- Exhibit 2: MGP Ingredients 2015 SEC Form 10-K

- Exhibit 3: MGP Ingredients 2018 SEC Form 10-K

- Exhibit 4: MGP Ingredients February 27, 2019 SEC Form 8-K

- Exhibit 5: MGP Ingredients May 1, 2019 SEC Form 8-K

- Exhibit 6: MGP Ingredients July 31, 2019 SEC Form 8-K

- Exhibit 7: MGP Ingredients October 31, 2019 SEC Form 8-K

- Exhibit 8: MGP Ingredients January 17, 2020 SEC Form 8-K

- Exhibit 9: MGP Ingredients February 26, 2020 SEC Form 8-K

- Exhibit 10: MGP Ingredients August 2, 2018 SEC Form 8-K

- Exhibit 11: Transcript of MGP Ingredients' Third Quarter 2018 earnings conference call

- Exhibit 12: Transcript of MGP Ingredients' Second Quarter 2019 earnings conference call

- Exhibit 13: Presentation from MGP Ingredients' June 7, 2018 Analyst/Investor Day, which can be obtained online at: https://ir.mgpingredients.com/static-files/dbc5ebc8-c97f-43da-9042-0415456cd1e0

- Exhibit 14: MGP Ingredients December 14, 2018 SEC Form 4

- Exhibit 15: MGP Ingredients August 21, 2019 SEC Form 4

I declare under penalty of perjury that the foregoing facts are true and correct.

Dated: September ___, 2020

_____

J. Emmett Logan

2

**CERTIFICATE OF SERVICE**

On September 8, 2020 I caused the foregoing document to be filed with the Clerk of the Court by using the Court's CM/ECF System, which sent notice to all counsel of record.

*/s/ J. Emmett Logan*
Attorney for Defendants