**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

|  |  |
|---|---|
| IN RE MGP INGREDIENTS, INC. SECURITIES LITIGATION. | Case No. 20-cv-02090<br><br>Hon. Daniel D. Crabtree |

**DECLARATION OF J. EMMETT LOGAN IN SUPPORT OF MOTION TO DISMISS**

I, J. Emmett Logan, hereby declare as follows:

1.  I am a member of the bar of this Court, and am a partner at Stinson LLP.  I have personal knowledge of the facts presented herein and, if called upon, could testify competently regarding such facts.

2.  Attached hereto are true and accurate copies of the following:

- Exhibit 1: MGP Ingredients 2017 SEC Form 10-K

- Exhibit 2: MGP Ingredients 2015 SEC Form 10-K

- Exhibit  3: MGP Ingredients 2018 SEC Form 10-K

- Exhibit 4: MGP Ingredients February 27, 2019 SEC Form 8-K

- Exhibit 5: MGP Ingredients May 1, 2019 SEC Form 8-K

- Exhibit 6: MGP Ingredients July 31, 2019 SEC Form 8-K

- Exhibit 7: MGP Ingredients October 31, 2019 SEC Form 8-K

- Exhibit 8: MGP Ingredients January 17, 2020 SEC Form 8-K

- Exhibit 9: MGP Ingredients February 26, 2020 SEC Form 8-K

- Exhibit 10: MGP Ingredients August 2, 2018 SEC Form 8-K

- Exhibit 11: Transcript of MGP Ingredients' Third Quarter 2018 earnings conference call

2

- Exhibit 12: Transcript of MGP Ingredients' Second Quarter 2019 earnings conference call

- Exhibit 13: Presentation from MGP Ingredients' June 7, 2018 Analyst/Investor Day, which can be obtained online at: https://ir.mgpingredients.com/static-files/dbc5ebc8-c97f-43da-9042-0415456cd1e0

- Exhibit  14: MGP Ingredients December 14, 2018 SEC Form 4

- Exhibit 15: MGP Ingredients August 21, 2019 SEC Form 4

I declare under penalty of perjury that the foregoing facts are true and correct.

Dated: September 8, 2020

2