# Exhibit 13



# INVESTING FOR GROWTH
# IN PREMIUM SPIRITS
# AND SPECIALTY FOOD INGREDIENTS

JUNE, 2018



# MGP ANALYST DAY AGENDA 2018

- MGP participants:
  - Gus Griffin, President and CEO; Tom Pigott, Vice President of Finance and CFO; Steve Glaser, Vice President of Production and Engineering; Andy Mansinne, Vice President of Brands; David Whitmer, Corporate Director of Quality and Alcohol RD&I; Mike Templin, Lawrenceburg Distillery Plant Manager; and Pam Soule, Quality Assurance Lab Manager

Schedule:

- 9:00 a.m. to 9:30 a.m.:

  - Breakfast and registration

- 9:30 a.m. to 11:30 a.m.:

  - Management presentations and webcast from Gus Griffin, Steve Glaser, Andy Mansinne and Tom Pigott

- 11:30 a.m. to 12:00:

  - Box lunch and Q&A

- 12:00 p.m. to 1:15 p.m.:

  - Group A: Tour of Lawrenceburg distillery

  - Group B: Barreling, product tasting and discussion

- 1:15 p.m. to 2:30 p.m.:

  - Reverse tour cycles



# FORWARD LOOKING STATEMENTS

Certain of the comments made in this presentation and in the question and answer session that follows may contain forward-looking statements in relation to operations, financial condition and operating results of MGP Ingredients, Inc. and such statements involve a number of risks and uncertainties. Forward looking statements are usually identified by or are associated with such words as "intend," "plan," "believe," "estimate," "expect," "anticipate," "hopeful," "should," "may," "will," "could," "encouraged," "opportunities," "potential" and/or the negatives or variations of these terms or similar terminology.

These statements reflect management's current beliefs and estimates of future economic circumstances, industry conditions, Company performance, and Company financial results and are not guarantees of future performance. All such forward-looking statements are subject to certain risks and uncertainties that could cause actual results to differ materially from those contemplated by the relevant forward-looking statement. Important factors that could cause actual results to differ materially from our expectations include, among others: (i) disruptions in operations at our Atchison facility or our Indiana facility, (ii) the availability and cost of grain and flour, and fluctuations in energy costs, (iii) the effectiveness of our grain purchasing program to mitigate our exposure to commodity price fluctuations, (iv) the effectiveness or execution of our strategic plan, (v) potential adverse effects to operations and our system of internal controls related to the loss of key management personnel, (vi) the competitive environment and related market conditions, (vii) the ability to effectively pass raw material price increases on to customers, (viii) our ability to maintain compliance with all applicable loan agreement covenants, (ix) our ability to realize operating efficiencies, (x) actions of governments, and (xi) consumer tastes and preferences.

For further information on these and other risks and uncertainties that may affect our business, including risks specific to our Distillery Products and Ingredient Solutions segments, see Item 1A. Risk Factors of our Annual Report on Form 10-K for the year ended December 31, 2017.

# AT
# A GLANCE

- Headquartered in Atchison, Kansas with 317 employees (12/31/2017)

- Production facilities in Atchison, Kansas and Lawrenceburg, Indiana

- Two operating segments

  - Distillery Products: 84% of Net Sales, 88% of Gross Profit

  - Ingredient Solutions: 16% of Net Sales, 12% of Gross Profit

- Leadership positions

  - Leading supplier of premium bourbons, whiskeys, distilled gins, and vodkas

  - Largest U.S. supplier of rye whiskey

  - Largest U.S. supplier of distilled gin

  - Largest U.S. supplier of specialty wheat proteins and starches





## OUR MISSION

**Secure our future by consistently delivering superior financial results by more fully participating in all levels of the alcohol and food ingredients segments for the betterment of our shareholders, employees, partners, consumers, and communities.**



# OUR STRATEGIC PLAN

# MGP FOCUS

- Continue to implement our strategic plan

- Optimize our base business
  - Maximum profitability
  - Minimize volatility

- Focus on three key drivers of long-term growth
  - TruTex – specialty wheat protein
  - American Whiskey – new distillate and aged
  - MGP Brands – premium spirits



# LONG-TERM GROWTH DRIVERS
## INGREDIENT SOLUTIONS

- Leadership Position

- Strong Trends
  - Enhanced fiber
  - High protein
  - Non GMO
  - Plant based proteins

- Progress and Momentum
  - 2014 - 2017
    - Gross Profit +50%
    - Gross Margins +560 bps











8



# LONG-TERM GROWTH DRIVERS
## TRUTEX – SPECIALTY WHEAT PROTEIN

- Strong Trend



- MGP - Great Progress and Potential



**TruTex sales more than doubled**

# LONG-TERM GROWTH DRIVERS
## PREMIUM BEVERAGE ALCOHOL



- Strong Trends
  - Distilled spirits have gained share for 8 straight years
  - Consumers are trading up, with high end and super premium brands outperforming their categories
  - American Whiskey continues to outperform the spirits industry

- MGP - Strong Performance (2017 Net Sales)
  - Total Premium Beverage Alcohol:  +18.4%
    - White Goods:  +8.3%
    - Brown Goods:  +25%

Note: Data sourced from Distilled Spirits Council for U.S. Domestic Market



# LONG-TERM GROWTH DRIVERS
## AMERICAN WHISKEY

- **5-Year volume  CAGR is accelerating**

| 2012 | 2013 | 2014 | 2015 | 2016 | 2017 |
|------|------|------|------|------|------|
| 2.5% | 3.7% | 5.1% | 5.7% | 6.3% | 6.5% |

- **Historical Length of Trends in the U.S.**

| 9 LTR Case Volume (000s) | 1970 | 2010 | 2017 |
|--------------------------|------|------|------|
| American Whiskey | 35.6 | 15.3 | 23.2 |
| Vodka | 18.8 | 62.1 | 71.3 |
| Tequila | 0.4 | 11.6 | 17.2 |

- **Headroom**

| | 1970 | 2010 | 2017 |
|--|------|------|------|
| Volume | 35.6 | 15.3 | 23.2 |
| Per Capita Consumption | 0.69 | 0.16 | 0.23 |
| LDA Pop | 122m | 221m | 239m |
| Share of TDS | 22.8% | 8.0% | 10.2% |

- **Geographical Expansion Potential**
  - American Whiskey SOM of Total Whiskey
    - In US          36%
    - ROW          12%
  - American Whiskey export volume projected +13.9% in 2017

Note: Data is sourced from Distilled Spirits Council



# LONG-TERM GROWTH DRIVERS
## AMERICAN WHISKEY

- Competitive Overview

  - Industry is Adding Capacity
    - Customers
    - Competitors

  - MGP's strength
    - Scale – competitive pricing
    - Capacity – ability to support long-term growth
    - Capabilities/Services – meet any customer needs
    - Partnership – our core business
    - Leveraging aged – retain and attract
    - Broad base – fastest growing segments
    - Coverage – sales force reach
    - Capacity constraints addressed
      - Barrel supply
      - Dryer
      - Warehouses



# LONG-TERM GROWTH DRIVERS
## AMERICAN WHISKEY

**MGP Whiskey Inventory**

- Investment is $67.9MM, at cost (Q1 2018)

- Currently using to attract and retain
  - Lightly aged
  - Odds and ends
  - New partner NPD
  - Fill inventory holes

- Demand and Pricing remain strong
  - Potential value 3x at 4 years



# LONG-TERM GROWTH DRIVERS
## AMERICAN WHISKEY

**Leveraging our Whiskey Inventory**

- Adding structure to an unstructured market
  - Consistent availability
  - Vertical library of mash bills/ages

- Building new partnerships
  - Establishing industry players underexposed to the market
    - Accelerate launch and secure growth of new concepts
    - Support more aggressive growth plans post M&A

  - Craft
    - Accelerate launch of new products
    - Secure full M&A valuation

- Optimizing customer mix and pricing/timing



# LONG-TERM GROWTH DRIVERS
## MGP BRANDS



Strategic Role in Long-Term Plan

| BRANDED PLATFORM |
| LEVERAGING AGED SALES |
| PRODUCT MIX OPTIMIZATION: NEW CUSTOMERS / EXISTING CUSTOMER GROWTH |
| PLANT EFFICIENCIES AND EFFECTIVE RISK MANAGEMENT |

STAGE 1          STAGE 2          STAGE 3



# LONG-TERM GROWTH DRIVERS
## MGP BRANDS

- Strategic Role in Long-Term Plan

- Challenges and Risks
    - Competing against much larger players
    - A&P and SG&A investment required

- Requires Building
    - Brand portfolio
    - Brands organization
    - Processes and Procedures

- Expectations and Perspective
    - Long-term focus
    - Contribution
        - Non-material short term
        - Significant long term



CAPTURING VALUE SHARE THROUGH BEVERAGE BRANDS

JUNE, 2018



# OUR BRANDS MISSION

To be the leading supplier of super-premium innovative spirit brands to consumers and the trade, leveraging MGP's vast distilling capabilities and blending expertise, and building brands that meet or exceed both consumers' and customers' expectations for taste, style and quality.



# OUR APPROACH TO BRAND BUILDING

## PRINCIPLES

- Brand-Centric
- Build it Right
- Narrow and Deep

## VALUES

- Provenance
- Authenticity
- Product
- Pricing
- Distribution

## STRATEGIES

- Build a strong portfolio of premium brands
- Build our markets and brands the "MGP Way"
  - Route-to-Market
- Make the right investments for long-term success
  - People, Processes, Resources
- Deliver superior financial returns over time





# COMPETE WHERE WE DISTILL



**Vodka:**
- 71.3 million cases
- 1 yr: 2.2%
- 5 yr CAGR: 1.8%

- High-End + Super-Premium:
  - 1 yr: 7.4%



**Gin:**
- 9.9 million cases
- 1 yr: -0.6%

- High-End+ Super-Premium:
  - 1 yr: 4.3%



**American Whiskey:**
- 23.15 million cases
- 1 yr: 6.4%
- 5 yr CAGR: 6.5%

- High-End + Super-Premium:
  - 1 yr: 7.9%



**Rye:**
- 900K cases
- 1 yr: 16.2%
- 5 yr CAGR: 25.2%

Source: DISCUS

20



# BUILD VS. BUY

## Build

- ❑ Leverage distilling/blending expertise
- ❑ Utilize aged reserves
- ❑ Validate with research
  - ❑ Concept
  - ❑ Purchase Intent
  - ❑ Competitive Advantage
- ❑ Differentiate through
  - ❑ Provenance
  - ❑ Authenticity

## Buy

- ❑ Brand we can supply with current manufacturing capabilities
- ❑ Proven or validated concept
- ❑ Upper end – High-End Premium and Super Premium
- ❑ 20% IRR after synergies & accretive to earnings w/in 1-3 years
- ❑ Clear line of sight to controlling interest
- ❑ Narrow & deep geographic presence



2018 MGP BRANDS



# BUILD A STRONG, BRANDED PORTFOLIO

| Brand | Category | Retail Price (750mL) | Launch Year | Proof |
|---|---|---|---|---|
| Till | Vodka | $19.99 | 2016 | 80.0 |
| George Remus Bourbon | Bourbon/Whiskey | $44.99 | 2017 | 94.0 |
| George Remus Repeal Reserve | Bourbon/Whiskey | $84.99 | 2017 | 96.0 |
| Tanner's Creek | Bourbon/Whiskey | $34.99 | 2017 | 85.0 |
| Rossville Union | Rye | $39.99/$69.99 | 2018 | 94.0/112.6 |
| Gin | Gin | TBD | TBD | TBD |



23



# MARKET COVERAGE: 2018

*"Make the right investments for long-term success"*



- Brand-Centric
- ✓ Build it Right
- ✓ Narrow and Deep

2018 Change in Headcount:  3





**A&P as a Percentage of Anticipated Gross Profit**

Investment

Maintenance

Year 1  Year 2  Year 3  Year 4  Year 5  Year 6  Year 7  Year 8  Year 9  Year 10

24



# MARKET FOCUS: 2018 & BEYOND



**Market Structure**
- Open
- Control
- Franchise

**Retail Structure**
- Chain
- Independent
- Other channel formats
- Promotional requirements

**Distributor**
- Current relationship
- Other distribution models

**Special Considerations**
- Brand support costs
- Market specifics

## Market Tipping Points

- % penetration of targeted universe
  - On- and off-premise
- Velocity in accounts is accelerating
- Volume on pace to reach 5 year goal
- New distributor working with "MGP Way"
  - Pre-planned
  - Key Accounts targeted/achieved
  - Leadership knowledgeable of MGP brands and processes

- Brand-Centric
- ✓ Build it Right
- Narrow and Deep



# BRAND METRICS

| BRAND METRICS | | |
|---|---|---|
| **BRAND** | **BRAND FINANCIALS** | **MARKET** |
| Depletions vs. Plan | $ GP by Brand % GM by Brand | Accounts Sold Velocity vs. Target |
| Accounts Sold vs. Target | Brand Profit | Facings/Displays |
| Consumer Engagement Scores (Trend) | Brand Income | Features/Lists |



# MARKET FOCUS: CHICAGO CASE STUDY

- The Stats:
  - Launch: March, 2018
  - Rapid acceptance by key accounts
  - Account velocity fastest to date
  - Distributor has already re-ordered
- The Distributor:
  - "With terrific marketing, great feet on the street and liquid that makes even the avid Rye/Bourbon consumer come back for more, you have a recipe for success."
- The Trade:
  - Leading retailer:
    - Full portfolio distribution
    - All stores have re-ordered at least twice









- Brand-Centric
- ✓ Build it Right
- Narrow and Deep



# MARKET FOCUS: DISTRIBUTOR LEARNINGS

- Engagement has grown
  - With new brands
  - With strong accolades

- Leverage is an opportunity
  - MGP still small in the brands world
  - Prove our value through brand support and company activities

- Shift when necessary
  - Have changed distributors in three markets (2017-2018)





- Brand-Centric
- ✓ Build it Right
- ✓ Narrow and Deep



30

# CONSUMERS SEE TILL AS SOPHISTICATED

Source: 1/17 Vodka Exploratory and Till Focus Groups





















# PRAISE FOR TILL VODKA
## #PRIDEDISTILLED



TILL
VODKA



"BEST
Kansas Produced
Spirit!"



"Till is smoother than other vodkas at a comparable price point and remains crisp and smooth without being too sharp."

–Andrew Ruth
Bar Manager
Barred Owl Butcher Table
Columbia, MO

"The first thing that struck me was the vodka's remarkable creaminess and mouthfeel. We tinkered with flavors to make sure they showcased the subtle flavor profiles that Till brings."

–Beau Williams,
Owner and GM
Julep Cocktail Club
Kansas City, MO



## 93 Points

"Excellent,
Highly Recommended"





"The spirit places great emphasis on its Kansas origination, and uses wheat culled from the Sunflower State."



## 92 Points

Rated among the top American Wheat Vodkas.

"Till American Wheat Vodka's grainy wheat-bread scent speaks of homeland. A touch of vanilla and mocha latte firms up the nose. The palate exudes spiced notes of plum and sweet pea, bright and playful on the tongue."



"Till Vodka tastes great, is reasonably priced quality vodka and is crafted from wheat grown by hard working farmers in the Heartland."

"It's kind of like Goldilocks sampling baby bear's porridge. It's just right!"



"A uniquely smooth premium vodka that is distilled by the proud men and women of Atchison, Kansas."

FBWORLD.COM

"This is very tasty, very high end vodka without that super-premium price."

"The slightest nuance of flavors in this vodka makes it that much more interesting and palatable."


TILL
AMERICAN WHEAT VODKA®





# REMUS IS A COMPELLING CONCEPT

## George Remus is seen as more unique compared to leading craft bourbon brands



Top 2 Box Uniqueness – Total Sample

Source: 2/17 Bourbon/Rye Exploratory Focus Groups



39

# PRAISE FOR GEORGE REMUS BOURBON

## #DRINKREMUS





## 94 Points
### Great Value

"Excellent,
Highly Recommended"

 



## 92 Points
### Gold Medal

"A zippy and
herbal bourbon."





"There is lots of depth
to this
exquisite bourbon."



"The palate is
smooth and easy."



"This is a light,
fruity, and spicy
bourbon that will
appeal to those who
like a lot of rye kick,
but still want that
hint of
sweetness."



"A solid sipper
and stands up well in a
classic bourbon
cocktail."



## 94 Points

"The palate is
restrained . . . making
this spirit warm and
exact."



"A very sippable
high-rye bourbon."

"I'd happily sip it neat,
paired with a creamy
dessert, or in a
Manhattan."

## THE CASKS
### RECOMMENDED

"Happy to see MGP
releasing their own
whiskey, and a good one
at that. Recommended."

"This is a robust sipper
right out of the bottle,
but it also works well
with a bit of water or
over ice."





# PRAISE FOR REMUS REPEAL RESERVE

## #REMUSREPEALRESERVE



TILL
VODKA



### 97 Points
**Chairman's Trophy**

"Extraordinary, Ultimate Recommendation"

 


MODERN THIRST

### 92 Points

"The more George Remus Repeal Reserve I drink, the more my faith in bourbon is restored."

"The right age, the right proof, and the right blend."

**DISTILLER**

### 90 Points

"Sweetness rises to a strong level on the palate with vanilla and baking spices initially, then builds to stone fruit. Mouthfeel is gentle and pleasant."

**Liquor.com**

"A spicy, complex whiskey that will have you wondering if it's an aged rye or unusual bourbon."

**Robb Report**

"A respectable sipping whiskey with deep notes of candied fruit, oak, caramel, and toffee."

**BIT BY A FOX**

"Beautiful Art Deco cuts and curves and swerves, and inside that beauty is an exquisite high rye bourbon blend of aged reserves to match. Style & Substance – my favorite combo."

**MEN'S JOURNAL**

"It's the kind of fun, delicious bourbon that doesn't take a history lesson or a 100-dram course of study to just enjoy."


**Whisky ADVOCATE**

"The distillery is openly discussing the blend components of this new bottling - a move we applaud."

**BourbonGuy.com**

"This is 100% delicious."

"This is a deliciously spicy bourbon. I adore the predominant cinnamon and spice notes."

**Distillery Trail**

"Years of barrel aging result in distinct maturity, and expert blending by the distillery team creates layers of complexity."


REMUS
REPEAL RESERVE





- ✓ Brand-Centric
- • Build it Right
- • Narrow and Deep

## TANNER'S CREEK
## BLENDED BOURBON WHISKEY

44







# American Rye Category Highlights

- Strong, steady growth since 2009
- Expected to reach 1MM cs in 2018
- Dedicated sections at retail
- Long favored for its unique impact on fine cocktails
- Consumer quest for authenticity and legitimacy driving crafted whiskey growth



SOURCE:  DISCUS  Market  Segmentation  Database



# ROSSVILLE UNION DELIVERS THE HIGHEST LEVEL OF PERCEIVED UNIQUENESS AGAINST OTHER KNOWN BRANDS.

**ROSSVILLE UNION** — 55% / 20%

**BRAND I** — 54% / 16%

**BRAND 2** — 54% / 17%

**BRAND 3** — 51% / 18%

Orange = Top 2     Tan = Very Unique
Source: Rossville Rye Concept Test, October 2017

Rossville Union supports a premium price and consumers are willing to pay a price above that of two top brands.

| RYE VOLUMES GREW 17% LAST YEAR | RYE OFFERS A DISTINCT TASTE | PREFERRED BY MANY MIXOLOGISTS | POPULAR ALTERNATIVE TO HIGH-END BOURBON OR SCOTCH |
|---|---|---|---|
| ACCORDING TO THE DISTILLED SPIRITS COUNCIL OF THE U.S. | THAT IS LESS SWEET AND A LITTLE SPICIER THAN BOURBON. | FOR ITS ABILITY TO CUT THROUGH COCKTAIL INGREDIENTS. | AS WHISKEY DRINKERS AND COCKTAIL ENTHUSIASTS CONTINUE TO EXPLORE. |

49









# PR, Activations & Experiential

- Partner with Colorado Drink & Lifestyle Publishers
- Rye-ducation from the Masters of Rye
- Support USBG Tie-ins
- Sponsor Top Consumer Events















53

# IMMEDIATE PRAISE FOR ROSSVILLE…MORE TO COME





San Francisco World SPIRITS Competition
2018
"Exceptional"
Gold Medal Award



# PORTFOLIO OF QUALITY & CRAFTSMANSHIP
















55



# MOVING FORWARD

- Growth takes time
  - Today's large brands were once small
  - 10,000 cases = 5 years

- Committed for the long-term
  - Grow our brands
  - Expand our markets
  - Enhance our portfolio

- Execute the strategy
  - Brand-centric
  - Build it right
  - Narrow and deep

Source: IWSR, US volumes









# CREATING EXCELLENCE

JUNE, 2018



# TWO
# WORLD-CLASS
# FACILITIES



# ATCHISON, KS

In 1941, Cloud L. Cray, Sr., founded Midwest Solvents Company to meet the wartime demands for industrial alcohol

Today, MGP's integrated plant in Atchison, Kansas produces vodka, gin, and industrial grade alcohol, as well as specialty starch and protein food ingredient products

**MGP's distillery in Lawrenceburg, Indiana has a rich history starting in 1847 when it opened as the Rossville Distillery**

- **Operational flexibility**

- **Unique rye production capabilities**

- **Variety of mash bills and spirits**

- **Strong R&D capabilities**



LAWRENCEBURG, IN



## COMPETITIVE STRENGTHS

- **Purchased for $13MM in 2011 with a recapitalization cost of $350MM**

- **Scale**

- **Optimized production**

- **Capacity**



# EFFICIENCIES GAINED SINCE 2014

- **Barrel supply**

- **New dryer**

- **Expanded warehouse program**

- **Strong workforce and improved operational facilities**

- **Additional capacity through process optimization**



# OPERATIONAL EXCELLENCE

- **Committed to operational excellence across the organization**
  - Managing input costs
  - Efficient production
  - Consistent high quality products
  - De-risking

- **MGP's distilleries and ingredients operations are BRC certified with the highest AA rating**



British Retail Consortium Global Standard for Food Safety

- **Implementing new safety initiative**

Safety Up
It starts with us

- **MGP University: Developing the talent to support our growth**



MGP UNIVERSITY
KNOWLEDGE · LEGACY · PRIDE



FINANCIAL RESULTS & OUTLOOK

JUNE, 2018

# NET SALES HAVE GROWN AT 3.5% CAGR. OUR FOCUS IS ON MAXIMIZING THE VALUE OF GROWTH



Note: Totals may not foot due to rounding.



# MAXIMIZING VALUE IN DISTILLERY PRODUCTS: DRIVING SALES MIX UP THE MARGIN LADDER

**Margin$** ↑

| Food Grade Alcohol Products |
| --- |
| MGP Branded Product |
| Whiskey: Aged |
| Whiskey: New Distillate |
| White Goods: Gin |
| White Goods: Vodka |
| Industrial Alcohol |

Premium Beverage Alcohol



# MIGRATING TO PREMIUM BEVERAGE ALCOHOL

## % of Total Food Grade Alcohol Net Sales

**2014**

49%

51%

**2015**

43%

57%

**2016**

34%

66%

**2017**

30%

70%

■ Premium Beverage Alcohol    ■ Industrial Alcohol



# PREMIUM BEVERAGE ALCOHOL NET SALES GROWTH BREAKOUT

## 2016 NET SALES = $150MM



## 2017 NET SALES = $178MM, +18%



68



# GROWTH IN PREMIUM BEVERAGE ALCOHOL DRIVEN BY LONG-TERM TRENDS

## PREMIUM BEVERAGE ALCOHOL
### NET SALES - $MM

## KEY DRIVERS OF QUARTERLY VOLATILITY

- TIMING FROM BARRELING TO BOTTLING – TYPICALLY FOUR YEARS ON BROWN GOODS

- CUSTOMERS CAN BE SHORT OR LONG DEPENDING ON CUSTOMER SPECIFIC CIRCUMSTANCE

- TYPES OF PRODUCTS RUN IN QUARTER – COMPLEX OR SIMPLE PRODUCTS

- CUSTOMER PAYMENT – REVENUE RECOGNITION

- PLANT EFFICIENCIES – CONTINUE TO MAXIMIZE



# MIX SHIFT IS DRIVING MARGIN GROWTH IN DISTILLERY PRODUCTS

## DISTILLERY PRODUCTS
### GROSS PROFIT PERFORMANCE - $MM

8.7%    18.7%    21.4%    23.0%

$22.3 (2014)    $50.7 (2015)    $56.8 (2016)    $66.8 (2017)

■ Gross Profit    — Gross Margin



# MIX SHIFT AND IMPROVED FUNDAMENTALS DRIVING MARGIN GROWTH IN INGREDIENT SOLUTIONS

### INGREDIENT SOLUTIONS
### GROSS PROFIT PERFORMANCE - $MM



# MGP COMMODITY RISK MANAGEMENT PROGRAM

- SHIFT TO HIGHER MARGIN PRODUCTS REDUCES OVERALL IMPACT OF COMMODITY SHIFTS

- FORMULA DRIVEN PRICING ALLOWS FOR PASS THROUGH OF HIGHER COSTS

- FORWARD PURCHASING OF COMMODITIES REDUCES IMPACT OF SHORT-TERM MARKET VOLATILITY

- ESTABLISHED TARGET MARGINS BY PRODUCT GUIDE PRICING DECISIONS

72



# BOTH SEGMENTS DRIVE MGP'S OPERATING INCOME GROWTH

## OPERATING INCOME DRIVERS

### 2016 TO 2017 – $MM

$10.0

$0.8

$42.0

$(6.4)

$(3.4)

$42.9

2016    Distillery Gross Profit    Ingredients Gross Profit    SG&A    Other Operating Income*    2017

\* 2016 Other Operating Income included legal settlement and sale of corporate asset.

Note: Totals in presentation may not foot due to rounding.



# STRONG OPERATING CASH FLOWS PROVIDE GROWTH INVESTMENT OPPORTUNITIES

## OPERATING CASH FLOW DRIVERS
### YEAR ENDED 2017 – $MM

$41.8 — Net Income

$11.3 — Depreciation and Amortization

$(14.8) — Investment in Barreled Distillate

$(4.9) — Other Operating Cash Drivers*

$33.5 — Cash Provided by Operations

### INVESTING ACTIVITIES ($MM)

| Source / (Use) | Amount |
| --- | --- |
| PP&E additions | $(21.1) |
| Divestiture of ICP | 22.8 |
| Net cash provided by investing activities | $ 1.8 |
| **Remaining Cash Flow** | **$35.2** |

\* See appendix for detail.
Note: Totals in presentation may not foot due to rounding.



# MGP'S BALANCE SHEET IS STRONG

## DEBT TO EBITDA – $MM

■ Debt  ■ EBITDA

- 2017 YE Debt to EBITDA Ratio of 0.38

- $146.7MM Available on Credit Facility at 12/31/17

Note: See Appendix for GAAP to Non GAAP Reconciliation



# CREDIT AGREEMENT PROVIDES GREATER ACCESS TO CAPITAL, IMPROVED FLEXIBILITY AND REDUCES RATE RISK

## AGREEMENT HIGHLIGHTS

- **$150 million revolving credit facility with Wells Fargo**

- **$20 million 10-year term loan with Prudential Capital**
  - 3.53% fixed rate

- **Acquisition limit raised to $100 million per year**
  - Provided ratios are maintained within thresholds

See 8-K dated August 24, 2017 for full description of agreement



# MGP WILL INVEST TO GROW WHILE RETURNING FUNDS TO SHAREHOLDERS

## CAPITAL ALLOCATION PRIORITIES

- **Working capital**
  - Continue to build whiskey inventory

- **Capital expenditures**
  - Warehouse expansion program
  - Invest in capabilities

- **Acquisitions**
  - May support growth in all three growth platforms (TruTex, American Whiskey, and Brands)

  - Key criteria established for the acquisition of brands
    - Super premium brands
    - Product MGP can produce
    - Strong financial returns

- **Return funds to shareholders - dividends**



# GUIDANCE

MGP is confirming the following guidance for fiscal 2018 and beyond:

- Operating income is expected to grow between 10% and 15% for fiscal year 2018.

- The Company's conservative estimate of growth in operating income in 2019 is 15% to 20% as sales of aged whiskey inventory become a more significant factor.

- 2018 net sales growth is projected in the high single-digit percentage range versus 2017, subject to some volatility as the Company continues to shift sales from industrial to premium beverage alcohol.

- 2018 gross margins are expected to continue to grow modestly versus 2017.

- 2018 effective tax rate is forecast to be 25%, and shares outstanding are expected to be approximately 16.9 million at year end.

**MGP**

## SUMMARY

- Long-term strategy in place

- Well positioned against macro trends

- Leverageable competitive position

- Making necessary investments to deliver long-term growth

- Delivering strong results



# APPENDIX

- U.S. spirits market volume trends

- Industrial alcohol market dynamics background information

- GAAP to Non GAAP reconciliations

- Cash flow details



# U.S. SPIRITS MARKET

## 9-Liter Cases (000s)

| | 2017 Volume | % Change |
|---|---|---|
| Total Distilled Spirits (TDS) | 226,131 | +2.6% |
| Total Whiskey | 64,027 | +3.6% |
| American Whiskey (Bourbon/Rye/Tennessee) | 23,153 | +6.4% |
| • Super Premium | 2,437 | +18.3% |
| • Rye | 912 | +16.2% |
| Vodka | 71,347 | +2.2% |
| • High End Premium | 18,132 | +14.5% |
| Gin | 9,870 | -0.6% |
| • Super Premium | 159 | +11.2% |

Note: Data is sourced from Distilled Sports Council



# INDUSTRIAL ALCOHOL MARKET DYNAMICS

**Volume flows between markets when ethanol margins are compressed**



**The "Fuel Ethanol Effect"**

As fuel ethanol prices come down and crush margins turn lower or negative, producers are forced to "go idle" or enter the Industrial or Beverage markets to maintain margins. This in turn depresses pricing and overall margins of the industrial alcohol market due to market oversupply.

2016 MGP Internal Estimates.
Volumes in wine gallons



# RECONCILIATION OF GAAP TO NON GAAP

**Reconciliation of GAAP to Non GAAP Measures**

EBITDA

(Dollars in Thousands)

|  | 2017 | 2016 | 2015 | 2014 |
|---|---|---|---|---|
| Net Income | $ 41,823 | $ 31,184 | $ 26,191 | $ 23,675 |
| Interest | 1,184 | 1,294 | 534 | 816 |
| Taxes | 10,935 | 13,533 | 12,227 | 2,265 |
| Depreciation / Amortization | 11,308 | 11,253 | 12,382 | 12,325 |
| EBITDA | $ 65,250 | $ 57,264 | $ 51,334 | $ 39,081 |
| Total Debt (See Note 5 of 10-K; Note 4 of 10-K for 2014) | $ 24,554 | $ 36,001 | $ 33,460 | $ 9,899 |
| Debt to EBITDA | 0.38 | 0.63 | 0.65 | 0.25 |

83



# CASH FLOW DETAILS

| Other operating cash drivers | YTD Ended December 31, 2017 |
|---|---|
| | Dollars in Thousands |
| Loss (gain) on sale of assets | 7 |
| Share based compensation | 2,574 |
| Deferred income taxes, including change in valuation | (3,420) |
| Equity (gain)/loss of unconsolidated subsidiaries | (11,033) |
| Distribution received from equity method investee | 7,131 |
| other, net | 61 |
| Changes in working capital items: | |
| Receivables, net | (8,262) |
| Inventory, excluding barreled distillate | 494 |
| Prepaid Expenses | (498) |
| Refundable income taxes | 725 |
| Accounts payable | 9,540 |
| Accounts payable to affiliate, net | (3,349) |
| Accrued expenses | 2,278 |
| Deferred credit | (827) |
| Accrued retirement, health and life insurance benefits | (289) |
| **Total** | **(4,868)** |