## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| IN RE MGP INGREDIENTS, INC. SECURITIES LITIGATION. | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 20-cv-02090<br><br>Hon. Daniel D. Crabtree |

## MOTION TO DISMISS

Defendants hereby respectfully move to dismiss this action, with prejudice, pursuant to Federal Rule of Civil Procedure 12(b)(6).  The grounds for this motion are set out more fully in the accompanying brief.

Dated: September 8, 2020                           Respectfully submitted,


                                                 */s/ J. Emmett Logan*
                                                 J. Emmett Logan
                                                 STINSON LLP
                                                 1201 Walnut Street, Suite 2900
                                                 Kansas City, MO 64106
                                                 (816) 691-2745
                                                 Emmett.Logan@stinson.com

                                                 Joshua Z. Rabinovitz
                                                 KIRKLAND & ELLIS LLP
                                                 300 N. LaSalle Street
                                                 Chicago, IL 60654
                                                 (312) 862-2000
                                                 Joshua.Rabinovitz@kirkland.com

                                                 *Counsel for Defendants*

## Certificate Of Service

On September 8, 2020, I caused the foregoing document to be filed with the Clerk of the

Court by using the Court's electronic filing system, which sent notice to all counsel of record.

*/s/ J. Emmett Logan*
*Attorney for Defendants*