# United States District Court

------------------------- DISTRICT OF KANSAS--------------------------

IN RE MGP INGREDIENTS, INC.
SECURITIES LITIGATION                          **Case No. 20-2090-DDC-JPO**

## JUDGMENT IN A CIVIL CASE

☐    Jury Verdict.   This action came before the Court for a jury trial.  The issues have been
tried and the jury has rendered its verdict.

☒    Decision by the Court.  This action came before the Court.  The issues have been
considered and a decision has been rendered.

**Pursuant to the Memorandum and Order (Doc. 40) filed on August 31, 2021, plaintiff shall
take nothing and this action is dismissed with prejudice.  The Clerk of Court is directed to
enter judgment for defendants and close the case.  The court also directs the Clerk of Court
to close the companion case in this matter, No. 2:20-cv-02180-DDC-JPO.**

      08/31/2021                              TIMOTHY M. O'BRIEN
        Date                                  CLERK OF THE DISTRICT COURT

                                             by:    s/ Megan Garrett
                                                   Deputy Clerk